UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                       Case No. 15 B 28155

    Nicole M Schmidt

                Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/18/2015.

2) The plan was confirmed on 10/26/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/10/2017.

5) The case was Dismissed on 04/26/2017.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,062.50 |
| Less amount refunded to debtor | $15.96 |
| **NET RECEIPTS:** | **$5,046.54** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,032.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $207.75 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,239.75** |

Attorney fees paid and disclosed by debtor:   $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American Airlines Inc | Unsecured | 0.00 | 3,050.81 | 3,050.81 | 79.21 | 0.00 |
| American InfoSource LP | Unsecured | 1,692.00 | 1,660.06 | 1,660.06 | 43.10 | 0.00 |
| Applied Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Arizona Public Service | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| Association of Professional Flight | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 510.00 | 510.00 | 13.24 | 0.00 |
| Bank of America | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Secured | 145,520.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cba Collection Bureau | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| Chase Card | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 888.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 2,000.00 | 1,378.39 | 1,378.39 | 20.55 | 0.00 |
| Crd Prt Asso | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| Credit Control CORP | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Syst | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| Creditors Protection S | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| Dick Neuheisal | Unsecured | 18,000.00 | NA | NA | 0.00 | 0.00 |
| Divine Srvc | Unsecured | 2,313.00 | NA | NA | 0.00 | 0.00 |
| Division Of Child Support Enforcement | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Dlvry Fn Svc | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 878.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| ER Solutions/Convergent Outsourcing, IN | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First National Collect | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| Fitzgibbons Law Offices PC | Unsecured | 16,000.00 | 6,762.50 | 6,762.50 | 175.57 | 0.00 |
| Future Finance Company | Secured | 7,034.00 | 2,875.00 | 2,875.00 | 58.18 | 41.82 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Future Finance Company | Unsecured | NA | 4,533.68 | 4,533.68 | 117.70 | 0.00 |
| Great Western Bank | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Heritage Motors | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 10,000.00 | 7,203.00 | 7,203.00 | 187.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 477.00 | 477.40 | 477.40 | 12.40 | 0.00 |
| Mcsi Inc | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| National Credit Systems | Unsecured | 2,282.00 | NA | NA | 0.00 | 0.00 |
| National Credit Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nemo'S Coll | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 2,500.00 | 2,234.13 | 2,234.13 | 58.02 | 0.00 |
| Nissan Motor Acceptanc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pinal County | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Real Time Resolutions | Unsecured | 3,070.68 | NA | NA | 0.00 | 0.00 |
| Shannon Glau | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Six Flags | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Southwest Gas | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Sunrise Medical | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 456.00 | NA | NA | 0.00 | 0.00 |
| Tsi/980 | Unsecured | 4,004.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 858.00 | NA | NA | 0.00 | 0.00 |
| Virtuoso Sourcing Grou | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Home Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wfs Financial/Wachovia Dealer Srvs | Unsecured | 8,260.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,875.00 | $58.18 | $41.82 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,875.00** | **$58.18** | **$41.82** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$27,809.97** | **$706.79** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,239.75 |
| Disbursements to Creditors | $806.79 |
| **TOTAL DISBURSEMENTS** : | **$5,046.54** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/27/2018                                By: /s/ Marilyn O. Marshall
                                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**